**Order filed December 1, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00684-CV
_____

## DA'WONN ANDREWS, AYLAICIA ANDREWS, MARK MITCHELL, DYLAN SIEMAN AND DESTINY RESHELL WILLIAMS, Appellants

## V.

## GIERING INVESTMENTS LP, Appellee

---

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1156707**

---

## O R D E R

Appellant's brief was due November 20, 2020. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **December 21, 2020,** the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Bourliot, Zimmerer, and Spain.